IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| MYRNA MANKO and MICHAEL MANKO, wife and husband, | ) DOCKET NO. 2:12-cv-01424-GLL )  ) JURY TRIAL DEMANDED |
| Plaintiffs, | )  ) *Electronically Filed* |
| v. | ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

### ORDER OF COURT

**IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss Count IV of Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) is **granted,** due to plaintiffs' failure to respond.

BY THE COURT,

_____ J.

Dated: November 16, 2012