IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| MYRNA MANKO and MICHAEL MANKO, wife and husband, | ) DOCKET NO: 12:12-cv-01424-GLL ) )   *Electronically Filed* |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WAL-MART STORES, INC., | |
| Defendant. | |

## ORDER

In accordance with the filed stipulation, the action is dismissed with prejudice.

Dated: 2/6/13     By: _/s/ G. K. Lancaster_, J.