## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### CIVIL DIVISION

MYRNA MANKO and MICHAEL MANKO, wife and husband,

        Plaintiffs,

v.

WAL-MART STORES, INC.,

        Defendant.

)  DOCKET NO: 12:12-cv-01424-GLL
)
)  *Electronically Filed*
)
)
)
)

### ORDER

In accordance with the filed stipulation, the action is dismissed with prejudice.

Dated: 2/6/13        By: _____, J.